UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FMC CORPORATION,

                          Plaintiff,

v.                                      Case No. 1:21-cv-00487-GWC

SYNGENTA CROP PROTECTION AG,

                          Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff FMC Corporation and Defendant Syngenta Crop Protection AG, by and through undersigned counsel, hereby stipulate that this action, including all claims, be dismissed with prejudice. Each party will bear its own attorneys' fees and costs.

Dated: May 25, 2023

| | |
|---|---|
| */s/ Julia M. Hilliker* | */s/ Craig R. Bucki* |
| Julia M. Hilliker | Joel A. Blanchet |
| HODGSON RUSS LLP | Craig R. Bucki |
| 140 Pearl Street, Suite 100 | PHILLIPS LYTLE LLP |
| Buffalo, New York 14202 | 125 Main Street |
| | Buffalo, New York 14203 |
| Dane H. Butswinkas | |
| Richmond T. Moore | */s/ Mark W. Premo-Hopkins* |
| David M. Krinsky | Mark W. Premo-Hopkins |
| WILLIAMS & CONNOLLY LLP | Ryan Moorman |
| 680 Maine Ave., SW | KIRKLAND & ELLIS LLP |
| Washington, DC 20024 | 300 North LaSalle |
| | Chicago, Illinois 60654 |
| *Attorneys for FMC Corporation* | |
| | Toni-Junell Herbert |
| | BAKER & HOSTETLER LLP |
| | 1050 Connecticut Avenue NW, Suite 1100 |
| | Washington, DC 20036 |
| | |
| | *Attorneys for Syngenta Crop Protection AG* |